UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JOHANNES M. PLOEG, et al.,

    Plaintiffs,

v.                                                  Hon. Paul L. Maloney

JENKINS ESTATES LTD, et al.,                  Case No. 1:24-cv-00089

    Defendants.

## ORDER

On February 26, 2024, the Court issued an Order to Show Cause why Defendants should not be in default for failing to timely respond after service of summons. (ECF No. 10.) Defendants' response has demonstrated that the parties have agreed that Defendants shall have 60 days from the date of execution of the waiver to respond. (ECF No. 11.) Therefore, the Order to Show Cause is dismissed as resolved.

IT IS SO ORDERED.

Dated: March 5, 2024                                        /s/ Sally J. Berens
                                                                    SALLY J. BERENS
                                                                    U.S. Magistrate Judge