UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JOHANNES M. PLOEG, et al.,

    Plaintiffs,

v.                                                                                            Hon. Paul L. Maloney

JENKINS ESTATES LTD, et al.,                                        Case No. 1:24-cv-00089-PLM

    Defendants.

## ORDER

This matter is before the Court on Plaintiff's Notice of Motion and Motion to Seal (ECF No. 14). Upon review of the motion and attachments, the proposed sealed documents were incorrectly filed with public access.

IT IS HEREBY ORDERED that the motion (ECF 14) including all attachments shall be STRICKEN AND REMOVED from the docket. Plaintiffs are instructed to review W.D. Mich. LCivR 10.6 regarding filing proposed sealed documents. In addition, Plaintiffs shall consider whether redaction, rather than sealing of entire documents, would suffice to protect sensitive information. *See Shane Grp., Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299, 305 (6th Cir. 2016) (noting that "[o]nly the most compelling reasons can justify non-disclosure of judicial records" and that "the seal itself must be narrowly tailored to serve that reason").

IT IS SO ORDERED.

Dated: March 22, 2024                                      /s/ Sally J. Berens
                                                                                        SALLY J. BERENS
                                                                                        U.S. Magistrate Judge