UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JOHANNES M. PLOEG, et al.,

    Plaintiffs,

v.                                                                                                       Hon. Paul L. Maloney

JENKINS ESTATES LTD, et al.,                      Case No. 1:24-cv-00089

    Defendants.

## ORDER

This matter was filed pursuant to 28 U.S.C. § 1332 Diversity-Fraud by two Plaintiffs proceeding in a pro se capacity. Plaintiff Johannes Ploeg applied for, and was granted, permission to e-file. (ECF Nos. 2, 5.) On March 21, 2024, Plaintiff Johannes Ploeg filed a motion on behalf of himself and Plaintiff Hien Dao Ploeg, representing Hien Dao Ploeg's signature with the /s/ signature approved for registered e-filers only. Hien Dao Ploeg is not a registered e-filer and must submit filings in paper. *See* W.D. Mich. LCivR 5.7(d)(ii)(A). Alternately, Plaintiff Johannes Ploeg, apparently a licensed attorney, may properly represent his wife so long as he becomes admitted in this court. *See* [Attorney Admission and Registration | Western District of Michigan | United States District Court (uscourts.gov)](#).

    IT IS SO ORDERED.

Dated: March 25, 2024                                                      /s/ Sally J. Berens
                                                                             SALLY J. BERENS
                                                                             U.S. Magistrate Judge