

## Customer Service

Home    Message center    Contact us    Upload documents

### Wire Request Status

Your Wire Request from account XXXXX-0633 has been completed and USD 112842.45 will be wired today

Please note that the "Amount Requested" listed below is the United States Dollar (USD) amount being debit
amount will be determined upon completion of the currency exchange and may be subject to foreign exch

If you do not receive your funds within the expected timeframe please check back at the Service Center for c

| Your Wire Request | |
| --- | --- |
| Status: | Completed |
| Request Date: | 10/10/23 |
| Trace Number: | 229511329663881 |
| Account Number: | XXXXX-0633 |
| Amount Requested: | USD 112842.45 |
| Request Fees: | $25.00 |
| To Bank: | JPMORGAN CHASE BANK, NA |
| > Account Number: | 910912072 |
| Wire Currency: | USD |

Fees : A $25.00 wire disbursement fee may be assessed when wiring funds to external accounts.



## Customer Service

Home    Message center    Contact us    Upload documents

### Wire Request Status

our Wire Request from account XXXXX 0633 has been completed and USD 62194.49 will be wired today.

ease note that the "Amount Requested" listed below is the United States Dollar (USD) amount being debited nount will be determined upon completion of the currency exchange and may be subject to foreign exchang

you do not receive your funds within the expected timeframe please check back at the Service Center for up

| our Wire Request | |
| --- | --- |
| tatus: | Completed |
| equest Date: | 10/04/23 |
| ase Number: | 2295G897397881 |
| ccount Number: | XXXXX 0633 |
| mount Requested: | USD 62194.49 |
| equest Fee: | $25.00 |
| > Bank: | JPMORGAN CHASE BANK, NA |
| > Account Number: | 910912077 |
| 'ire Currency: | USD |

Fees : A $25.00 wire disbursement fee may be assessed when wiring funds to external accounts.



Complete View   Portfolios   Watch Lists   Orders   Balances   Transactions

# Customer Service

Home   Message center   Contact us   Upload documents

## Wire Request Status

our Wire Request from account XXXX1272 has been completed and USD 233485.69 will be wired today.

ease note that the "Amount Requested" listed below is the United States Dollar (USD) amount being debited fr
nount will be determined upon completion of the currency exchange and may be subject to foreign exchange

you do not receive your funds within the expected timeframe please check back at the Service Center for upda

**our Wire Request**

| | |
|---|---|
| tatus: | Completed |
| equest Date: | 05/22/23 |
| ase Number: | 2284597370981 |
| ccount Number: | XXXX1272 |
| mount Requested: | USD 233485.68 |
| equest Fee: | $25.00 |
| > Bank: | JPMORGAN CHASE BANK, NA |
| > Account Number: | 910920077 |
| Tire Currency: | USD |

Fees: A $25.00 wire disbursement fee may be assessed when wiring funds to external accounts



## Customer Service

Home    Message center    Contact us    Upload documents

### Wire Request Status

Your Wire Request from account XXXX-1272 has been completed and USD 65000 will be wired today.

Please note that the "Amount Requested" listed below is the United States Dollar (USD) amount being de
amount will be determined upon completion of the currency exchange and may be subject to foreign ex

If you do not receive your funds within the expected timeframe please check back at the Service Center t

| Your Wire Request | |
|---|---|
| Status: | Completed |
| Request Date: | 08/09/23 |
| Base Number: | 2934875961981 |
| Account Number: | XXXX-1272 |
| Amount Requested: | USD 65000 |
| Request Fee: | $25.00 |
| To Bank: | JPMORGAN CHASE BANK, NA |
| To Account Number: | 910912077 |
| Wire Currency: | USD |

Fees (A $25.00 wire disbursement fee may be assessed when wiring funds to external accounts.



**E*TRADE** from Morgan Stanley

Complete View   Portfolios   Watch Lists   Accounts   Trading   Markets & Ideas   What We Off...

Home   Message center   Contact us   Upload documents

# Customer Service

## Wire Request Status

Your Wire Request from account XXXX-1272 has been completed and USD 27,999.69 will be wired today.

Please note that the "Amount Requested" listed below is the United States Dollar (USD) amount being debited from yo...
amount will be determined upon completion of the currency exchange and may be subject to foreign exchange fees.

If you do not receive your funds within the expected timeframe please check back at the Service Center for updates o...

**Your Wire Request**

| | |
|---|---|
| Status: | Completed |
| Request Date: | 08/04/23 |
| Trace Number: | 20230806R1229181 |
| Account Number: | XXXX-1272 |
| Amount Requested: | USD 27,999.69 |
| Request Fees: | $25.00 |
| To Bank: | JPMORGAN CHASE BANK, NA |
| To Account Number: | 810912077 |
| Fee Currency: | USD |

Fees: A $25.00 wire disbursement fee may be assessed when wiring funds to external accounts.

Q  Search



Customer Service

Home    Message center    Contact us    Upload documents

Compute View    Portfolios    Watch Lists    Orders    Balances    Transact

## Wire Request Status

our Wire Request from account XXXX1272 has been completed and USD 140,019.53 will be wired today.

ease note that the "Amount Requested" listed below is the United States Dollar (USD) amount being debite
nount will be determined upon completion of the currency exchange and may be subject to foreign excha

you do not receive your funds within the expected timeframe please check back at the Service Center for u

| our Wire Request | |
|---|---|
| tatus: | Completed |
| equest Dates: | 07/31/23 |
| ase Number: | 2204857600286? |
| ccount Number: | XXXX1272 |
| mount Requested: | USD 140,019.53 |
| equest Fees: | $25.00 |
| o Bank: | JPMORGAN CHASE BANK, NA |
| o Account Number: | 910650677 |
| ire Currency: | USD |

Fees: A $25.00 wire disbursement fee may be assessed when wiring funds to external accounts.



E*TRADE
from Morgan Stanley

DOW 38,656.31 ▲ 134.95 (0.35%)     NASDAQ 15,721.05 ▲ 112.05 (0.72%)     S&P 500 4,996.86 ▲

Complete View   Portfolios   Watch Lists   Orders   Balances   Transactions   Banking ∨

Home   Message center   Contact us   Upload documents

## Customer Service

## Wire Request Status

Your Wire Request from account XXXX1272 has been completed and USD 150,019.53 will be wired today.

Please note that the "Amount Requested" listed below is the United States Dollar (USD) amount being debited from your account. This account will be determined upon completion of the currency exchange and may be subject to foreign exchange fees.

If you do not receive your funds within the expected timeframe please check back at the Service Center for updates on the status of your Wire Request.

| Your Wire Request | |
|---|---|
| Status: | Completed |
| Request Date: | 06/26/23 |
| Wire Number: | 22SA0715673881 |
| Account Number: | XXXX1272 |
| Amount Requested: | USD 150,019.53 |
| Request Fee: | $25.00 |
| To Bank: | JPMORGAN CHASE BANK, NA |
| To Account Number: | 910912077 |
| To Currency: | USD |

Fees: A $25.00 wire disbursement fee may be assessed when wiring funds to external accounts.

Back

## PARTIAL UNCONDITIONAL WAIVER

Jenkins Estates Ltd ("Contractor") has a contract with Johannes and Hien Ploeg, to provide labor and materials for the improvement to the property located at 2459 S Cherry Tree Ln, Suttons Bay, MI 49682, and by signing this waiver waives its construction lien to the amount of $387,645.21 for labor and materials provided through July 26th, 2023.

This waiver, together with all previous waivers, if any, covers all amounts due to Contractor for contract improvement provided through the date shown above.

If the improvement is provided to property that is a residential structure and if the owner or lessee of the property or the owner's or lessee's designee has received a notice of furnishing from Contractor or if Contractor is not required to provide one, and the owner, lessee, or designee has not received this waiver directly from Contractor, the owner, lessee, or designee may not rely on it without contacting Contractor in writing to verify that it is authentic.

JENKINS ESTATES LTD

Dated: __July 26th__, 2023          By: _____
                                          David Jenkins, President

**DO NOT SIGN BLANK OR INCOMPLETE FORMS. RETAIN A COPY.**

## PARTIAL UNCONDITIONAL WAIVER

Jenkins Estates Ltd ("Contractor") has a contract with Johannes and Hien Ploeg, to provide labor and materials for the improvement to the property located at 2459 S Cherry Tree Ln, Suttons Bay, MI 49682, and by signing this waiver waives its construction lien to the amount of $527,664.74 for labor and materials provided through August 2nd, 2023.

This waiver, together with all previous waivers, if any, covers all amounts due to Contractor for contract improvement provided through the date shown above.

If the improvement is provided to property that is a residential structure and if the owner or lessee of the property or the owner's or lessee's designee has received a notice of furnishing from Contractor or if Contractor is not required to provide one, and the owner, lessee, or designee has not received this waiver directly from Contractor, the owner, lessee, or designee may not rely on it without contacting Contractor in writing to verify that it is authentic.

JENKINS ESTATES LTD

Dated: __August 2nd__, 2023        By: _____
                                        David Jenkins, President

**DO NOT SIGN BLANK OR INCOMPLETE FORMS. RETAIN A COPY.**

## PARTIAL UNCONDITIONAL WAIVER

Jenkins Estates ("Contractor") has a contract with Johannes and Hien Ploeg, to provide labor and materials for the improvement to the property located at 2459 S Cherry Tree Ln, Suttons Bay, MI 49682, and by signing this waiver waives its construction lien to the amount of $620,664.3 for labor and materials provided through October 4th, 2023.

This waiver, together with all previous waivers, if any, covers all amounts due to Contractor for contract improvement provided through the date shown above.

If the improvement is provided to property that is a residential structure and if the owner or lessee of the property or the owner's or lessee's designee has received a notice of furnishing from Contractor or if Contractor is not required to provide one, and the owner, lessee, or designee has not received this waiver directly from Contractor, the owner, lessee, or designee may not rely on it without contacting Contractor in writing to verify that it is authentic.

JENKINS ESTATES

Dated: __October 4th___, 2023

By: _____

David Jenkins, President

**DO NOT SIGN BLANK OR INCOMPLETE FORMS. RETAIN A COPY.**

## PARTIAL UNCONDITIONAL WAIVER

Jenkins Estates Ltd ("Contractor") has a contract with Johannes and Hien Ploeg, to provide labor and materials for the improvement to the property located at 2459 S Cherry Tree Ln, Suttons Bay, MI 49682, and by signing this waiver waives its construction lien to the amount of $682,858.92 for labor and materials provided through September 5th, 2023.

This waiver, together with all previous waivers, if any, covers all amounts due to Contractor for contract improvement provided through the date shown above.

If the improvement is provided to property that is a residential structure and if the owner or lessee of the property or the owner's or lessee's designee has received a notice of furnishing from Contractor or if Contractor is not required to provide one, and the owner, lessee, or designee has not received this waiver directly from Contractor, the owner, lessee, or designee may not rely on it without contacting Contractor in writing to verify that it is authentic.

JENKINS ESTATES LTD

Dated: __October 5th__, 2023         By: _____
                                          David Jenkins, President

**DO NOT SIGN BLANK OR INCOMPLETE FORMS. RETAIN A COPY.**