Filed by Corporations Division Administrator   Filing Number: 223721657960   Date: 10/18/2023



**EXHIBIT 3**

# LARA Corporations Online Filing System
### Department of Licensing and Regulatory Affairs

Form Revision Date 07/2016

## CERTIFICATE OF ASSUMED NAME
### For use by DOMESTIC PROFIT CORPORATION

Pursuant to the provisions of Act 284, Public Acts of 1972, the undersigned execute the following Certificate:

1. The identification number assigned by the Bureau is: **802723749**

2. The name of the profit corporation is: **WELLSBURY CAPITAL CORPORATION**

3. The assumed name under which business is to be transacted is:

   **JENKINS EDMUND**

This document must be signed by an authorized officer or agent (corporations); a member, manager, or an authorized agent (limited liability companies); or general partner (limited partnerships):

Signed this 17th Day of October, 2023 by:

| Signature | Title | Title if "Other" was selected |
|---|---|---|
| David Jenkins | President | |

By selecting ACCEPT, I hereby acknowledge that this electronic document is being signed in accordance with the Act. I further certify that to the best of my knowledge the information provided is true, accurate, and in compliance with the Act.

○ Decline   ● Accept

Filed by Corporations Division Administrator   Filing Number: 223721657960   Date: 10/18/2023

# MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS

## FILING ENDORSEMENT

**This is to Certify that the** CERTIFICATE OF ASSUMED NAME

for

WELLSBURY CAPITAL CORPORATION

**ID Number:** 802723749

to transact business under the assumed name of
JENKINS EDMUND

received by electronic transmission on   October 17, 2023   , is hereby endorsed.

**Filed on**   October 18, 2023   , by the Administrator.

The document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.

Expiration Date: December 31, 2028



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department, in the City of Lansing, this 18th day of October, 2023.

Linda Clegg, Director
Corporations, Securities & Commercial Licensing Bureau