EXHIBIT 6

**john@ploegandbrown.com**

**From:** john@ploegandbrown.com
**Sent:** Wednesday, February 7, 2024 12:27 PM
**To:** 'Brian Dion'
**Subject:** RE: Fraud 2307195
**Attachments:** Aug 9 Wire.jpg; Aug 14 Wire.jpg; Jenkins Account Info.jpg; July 31 Wire.jpg; June 26 Wire.jpg; May 22 Wire.jpg; Oct 5 Wire.jpg; Oct 10 Wire.jpg; Ploeg Partial Waiver 2 (1).pdf; Ploeg Partial Waiver 3 (1).pdf; Ploeg Partial Waiver 4 PDF (1).pdf; Ploeg Waiver 3.5 (1) (1).pdf; Signed Construction Agreement.pdf

Hello,

Per your request, please see the screen shots from our brokerage account showing Jenkins account information, payments that were wired, waivers from Jenkins, and the construction agreement showing the payment schedule.

Jenkins did not provide a partial waiver for the last couple of payments but the total that was wired to him was $793,561.37.

Also, Jordan Crater from Mission Windows called to mention that you called him regarding the windows. He mentioned that that don't give out customer account numbers and such, but in this case, Jenkins was supposed to pay the down payment for the windows, told them he was "mailing a check" but then never did, so Jordan called us and said he had to have payment from us or they would cancel the window order. We ended up having to pay for the windows and never heard back from Jenkins.

I will forward you the emails.

Thanks

Johannes Ploeg
1838 Old Norcross Road
SUITE 200
LAWRENCEVILLE, GA 30044
OFFICE: 770-277-1400
FAX: 866-207-2300
www.ploegandbrown.com

--- CONFIDENTIAL COMMUNICATION ---

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender by return electronic mail and delete all copies of this communication. Thank you.

---

**From:** john@ploegandbrown.com <john@ploegandbrown.com>
**Sent:** Tuesday, February 6, 2024 1:55 PM

**To:** 'Brian Dion' <bdion@leelanau.gov>
**Subject:** RE: Fraud 2307195

Good Afternoon,

Here is the information that you requested:

**1) De Leeuw**

Est. 1947
DeLeeuw
LUMBER COMPANY

8

SOLD TO

Attorney for DeLeeuw Lumber
**William A. Sikkel**
42 East Lakewood Blvd.
Holland, MI 49424
Office (616) 394-3025
Cell (616) 836-7504
bsikkel@sikkellaw.com

**2) Deerings Tree**

*Lonnie L. Anderson*
*Extension 100*
*12776 S Maple City Rd*
*Maple City, MI 49664*

DEERING
EST. 1973
TREE SERVICE
231-228-6492
MAPLE CITY, MI.
www.deeringstreeservice.com

Jordan Crater

2

Project Manager

Office (231) 947-2120

Cell (231) 409-2115

### 3) Old Mission Windows



### 4) Landtech

**Jennifer Vargas** | Administrative Director
**LANDTECH** | PO Box 193, 1275 McGregor Way, Grawn, MI 49637
Tel: 231-943-0050 | www.landtechps.com

### 5) Trubuilt

Herman Hanko
President



herman.trubuilt@gmail.com
trubuiltbuildersmi.com
Office: 616-885-4857
Cell: 616-915-3047

### 6) A&R Flatwork



8262 E. Hoxie Rd.
Cedar, MI 49621
Phone: (231) 922-0900
Fax: (231) 941-0904

### 7) Busscher Excavating

Name and address of lien claimant:

| | |
|---|---|
| Name: | Busscher's Septic Tank & Exc |
| Address: | 11305 E. Lakewood Boulevar |
| | Holland, Michigan 49424 |
| Phone: | (616) 392-9653 |

By: (name and capacity of party signing for l

If you need anything else please let me know

Johannes Ploeg
1838 Old Norcross Road
SUITE 200
LAWRENCEVILLE, GA 30044
OFFICE: 770-277-1400
FAX: 866-207-2300
www.ploegandbrown.com

--- CONFIDENTIAL COMMUNICATION ---

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender by return electronic mail and delete all copies of this communication. Thank you.

---

**From:** Brian Dion <bdion@leelanau.gov>
**Sent:** Tuesday, February 6, 2024 1:22 PM
**To:** john@ploegandbrown.com
**Subject:** Fraud 2307195

Mr. Ploeg,

I am the detective assigned to your case to see if there is anything further to be done. Please verify he Subcontractors that have not been paid and a point of contact at each. I have the following:
Deerings Tree
De Leeuw
Old Mission Windows
Landtech
Trubuilt

Busscher Excavating
A&R Flatwork

Thank you,



Detective Brian Dion
Leelanau County Sheriff's Office
8525 E. Government Center Drive
Suttons Bay, MI 49682

Dispatch - 231-256-8800
Direct - 231-256-8619
Fax - 231-256-2611

**john@ploegandbrown.com**

| | |
|---|---|
| **From:** | john@ploegandbrown.com |
| **Sent:** | Thursday, February 29, 2024 11:43 AM |
| **To:** | 'mlindner@eastgr.org' |
| **Subject:** | FW: Fraud 2307195 |
| **Attachments:** | Wellsbury Capital Corporation (Jenkins Edmund).pdf |

Good Morning,

Please note that Jenkins has taken down the Jenkins Estates website and started a new one.

He created an entity called Wellsbury Capital Corporation doing business under the assumed name "Jenkins Edmund") (see attached)

Then he put up a new website identical to his old one. Here is the link

Local Home Building Company & Custom Millwork | Grand Rapids, MI | Jenkins Estates (jenkinsedmund.com)

If you go into that site you will find our house prominently displayed. (A misrepresentation and misleading as he never built it) Also his phone number is changed:

(616) 855-1570

Here is another contact number and email address:

Hope this is helpful.

Please note that he has a person answer his old phone number who is instructed to say that he is in Europe. He is not in Europe.

Johannes Ploeg
1838 Old Norcross Road

Sent from my iPhone

On Feb 20, 2024, at 8:25 AM, Brian Dion <bdion@leelanau.gov> wrote:

Good morning,

Thank you for the information.

---

**From:** john@ploegandbrown.com <john@ploegandbrown.com>
**Sent:** Tuesday, February 13, 2024 8:03 PM
**To:** Brian Dion <bdion@leelanau.gov>
**Subject:** RE: Fraud 2307195

Good Evening,

I just saw someone left a review on yelp

https://www.yelp.com/biz/jenkins-estates-grand-rapids

<image001.png>

Johannes Ploeg
1838 Old Norcross Road
SUITE 200
LAWRENCEVILLE, GA 30044
OFFICE: 770-277-1400
FAX: 866-207-2300
www.ploegandbrown.com

--- CONFIDENTIAL COMMUNICATION ---

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender by return electronic mail and delete all copies of this communication. Thank you.

**john@ploegandbrown.com**

**From:** john@ploegandbrown.com
**Sent:** Wednesday, February 28, 2024 2:28 PM
**To:** 'mlindner@eastgr.org'
**Subject:** FW: Jenkins Estates LTD

Johannes Ploeg
1838 Old Norcross Road
SUITE 200
LAWRENCEVILLE, GA 30044
OFFICE: 770-277-1400
FAX: 866-207-2300
www.ploegandbrown.com

--- CONFIDENTIAL COMMUNICATION ---

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender by return electronic mail and delete all copies of this communication. Thank you.

**From:** john@ploegandbrown.com <john@ploegandbrown.com>
**Sent:** Friday, January 26, 2024 4:57 PM
**To:** 'Scott Robinson' <srobinson@leelanau.gov>
**Subject:** RE: Jenkins Estates LTD

Hello,

Thanks for your response.

I have spoken with several material supplies, subcontractors and former employees of Mr. Jenkins who can provide testimony that David Jenkins intentionally committed this felony in violation of the Builder Trust Fund Act.

**JASON MATTHEW VISOKAY**
**616-238-9484**
Former employee of David Jenkins who can **testify** that David intentionally induces homeowners to pay large sums of money on the project up front by stating that he needs the money to buy the materials, etc. and then intentionally does not pay the materialmen. He said that David has done this numerous times in the last few

years. Jason confronted David about his practices and then David sent him a "cease and desist" order form his attorney, threatening Jason if we ever told anyone. Mr. Visokay said he will testify against David and would like to speak with you about it.

**Roger Lam**
**616-293-5894**
Former employee of David Jenkins who can testify that David intentionally induces homeowners to pay large sums of money on the project up front by stating that he needs the money to buy the materials, etc. and then intentionally does not pay the materialmen. Mr. Lam confronted David about these practices and then quit out of principle. Also, he did not want to be tied to David's activities. After he quit Mr. Lam contacted me to warn me what David was doing. He said to check with DeLeeuw Lumber to see if they have been paid and to check with the window company. Mr. Lam said he will testify against Mr. Jenkins and would speak to you.

I have been contacting all the material supplies and subcontractors who worked on the home. They said they will forward me the emails from David Jenkins where he said he sent payment(s) for their work but he never did. Some of them more than one project where Mr. Jenkins promised to pay but never paid.

Thanks

Johannes Ploeg
1838 Old Norcross Road
SUITE 200
LAWRENCEVILLE, GA 30044
OFFICE: 770-277-1400
FAX: 866-207-2300
www.ploegandbrown.com

--- CONFIDENTIAL COMMUNICATION ---

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender by return electronic mail and delete all copies of this communication. Thank you.

**From:** Scott Robinson <srobinson@leelanau.gov>
**Sent:** Friday, January 26, 2024 12:07 PM
**To:** john@ploegandbrown.com
**Subject:** Re: Jenkins Estates LTD

Hello Sir,

**From:** john@ploegandbrown.com <john@ploegandbrown.com>
**Sent:** Friday, February 9, 2024 7:15 AM
**To:** Brian Dion <bdion@leelanau.gov>
**Subject:** RE: Fraud 2307195

Good Morning,

I received the attached Notice of Lien in the mail from Wimsatt Building Materials. This is for windows install on the home. Total $67,899.58 invoiced. Paid $0.

I attached the invoice for the windows. The supplier is Paradigm but Jenkins purchased them through Wimsatt in Grand Rapids. The invoice has an email adejohn@wimsattdirect.com who is the sales person.

I believe that now we have a complete list of suppliers/subcontractors who worked on the home. Every single one of them has not been paid with the exception of Tru-built who was partially paid $40k of the $120k due. I paid another $40k out of my pocket to keep him working, and now Jenkins owes the balance.

That should be it except that Jenkins has around $400k of my money that was paid in advance for work that was never performed and he refuses to return it.

Johannes Ploeg
1838 Old Norcross Road
SUITE 200
LAWRENCEVILLE, GA 30044
OFFICE: 770-277-1400
FAX: 866-207-2300
www.ploegandbrown.com

--- CONFIDENTIAL COMMUNICATION ---

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender by return electronic mail and delete all copies of this communication. Thank you.

**From:** Brian Dion <bdion@leelanau.gov>
**Sent:** Thursday, February 8, 2024 8:09 AM
**To:** john@ploegandbrown.com
**Subject:** RE: Fraud 2307195

[redacted]

Thanks again

**From:** john@ploegandbrown.com <john@ploegandbrown.com>
**Sent:** Wednesday, February 7, 2024 12:27 PM

**To:** Brian Dion <bdion@leelanau.gov>
**Subject:** RE: Fraud 2307195

Hello,

Per your request, please see the screen shots from our brokerage account showing Jenkins account information, payments that were wired, waivers from Jenkins, and the construction agreement showing the payment schedule.

Jenkins did not provide a partial waiver for the last couple of payments but the total that was wired to him was $793,561.37.

Also, Jordan Crater from Mission Windows called to mention that you called him regarding the windows. He mentioned that that don't give out customer account numbers and such, but in this case, Jenkins was supposed to pay the down payment for the windows, told them he was "mailing a check" but then never did, so Jordan called us and said he had to have payment from us or they would cancel the window order. We ended up having to pay for the windows and never heard back from Jenkins.

I will forward you the emails.

Thanks

Johannes Ploeg
1838 Old Norcross Road
SUITE 200
LAWRENCEVILLE, GA 30044
OFFICE: 770-277-1400
FAX: 866-207-2300
www.ploegandbrown.com

--- CONFIDENTIAL COMMUNICATION ---

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender by return electronic mail and delete all copies of this communication. Thank you.

---

**From:** john@ploegandbrown.com <john@ploegandbrown.com>
**Sent:** Tuesday, February 6, 2024 1:55 PM
**To:** 'Brian Dion' <bdion@leelanau.gov>
**Subject:** RE: Fraud 2307195

Good Afternoon,

Here is the information that you requested:

## 1) De Leeuw



Est. 1947
DeLeeuw
LUMBER COMPANY

8

| SOLD TO |
| --- |

Attorney for DeLeeuw Lumber
**William A. Sikkel**
42 East Lakewood Blvd.
Holland, MI 49424
Office (616) 394-3025
Cell (616) 836-7504
bsikkel@sikkellaw.com

## 2) Deerings Tree

***Lonnie L. Anderson***
*Extension 100*
*12776 S Maple City Rd*
*Maple City, MI 49664*

DEERING
EST. 1973
TREE SERVICE
231-228-6492
MAPLE CITY, MI.
www.deeringstreeservice.com

Jordan Crater

Project Manager

Office (231) 947-2120

Cell (231) 409-2115

## 3) Old Mission Windows



### 4) Landtech

**Jennifer Vargas** | Administrative Director
**LANDTECH** | PO Box 193, 1275 McGregor Way, Grawn, MI 49637
Tel: 231-943-0050 | www.landtechps.com

### 5) Trubuilt

Herman Hanko
President

herman.trubuilt@gmail.com
trubuiltbuildersmi.com
Office: 616-885-4857
Cell: 616-915-3047

### 6) A&R Flatwork

8262 E. Hoxie Rd.
Cedar, MI 49621
Phone: (231) 922-0900
Fax: (231) 941-0904

### 7) Busscher Excavating

Name and address of lien claimant:

Name: Busscher's Septic Tank & Exc
Address: 11305 E. Lakewood Boulevar(
Holland, Michigan 49424
Phone: (616) 392-9653

By: (name and capacity of party signing for l

If you need anything else please let me know

Johannes Ploeg
1838 Old Norcross Road
SUITE 200
LAWRENCEVILLE, GA 30044
OFFICE: 770-277-1400
FAX: 866-207-2300
www.ploegandbrown.com

--- CONFIDENTIAL COMMUNICATION ---

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender by return electronic mail and delete all copies of this communication. Thank you.

---

**From:** Brian Dion <bdion@leelanau.gov>
**Sent:** Tuesday, February 6, 2024 1:22 PM
**To:** john@ploegandbrown.com
**Subject:** Fraud 2307195

Mr. Ploeg,

I am the detective assigned to your case to see if there is anything further to be done. Please verify he Subcontractors that have not been paid and a point of contact at each. I have the following:
Deerings Tree
De Leeuw
Old Mission Windows
Landtech
Trubuilt

Busscher Excavating
A&R Flatwork

Thank you,



Detective Brian Dion
Leelanau County Sheriff's Office
8525 E. Government Center Drive
Suttons Bay, MI 49682

Dispatch - 231-256-8800
Direct - 231-256-8619
Fax - 231-256-2611

**john@ploegandbrown.com**

| | |
|---|---|
| **From:** | john@ploegandbrown.com |
| **Sent:** | Wednesday, February 28, 2024 2:22 PM |
| **To:** | 'mlindner@eastgr.org' |
| **Subject:** | FW: Fraud 2307195 |
| **Attachments:** | Jenkins Check NSF - Ploeg, Mitch (Johannes).pdf |

Johannes Ploeg
1838 Old Norcross Road
SUITE 200
LAWRENCEVILLE, GA 30044
OFFICE: 770-277-1400
FAX: 866-207-2300
www.ploegandbrown.com

--- CONFIDENTIAL COMMUNICATION ---

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender by return electronic mail and delete all copies of this communication. Thank you.

**From:** john@ploegandbrown.com <john@ploegandbrown.com>
**Sent:** Wednesday, February 14, 2024 9:34 AM
**To:** 'Brian Dion' <bdion@leelanau.gov>
**Subject:** RE: Fraud 2307195

Good Morning,

We received a notice that Jenkins wrote a bad check to B & Z well drilling. Please see attached notice from their bank.

[redacted]

Thanks

Johannes Ploeg
1838 Old Norcross Road
SUITE 200
LAWRENCEVILLE, GA 30044
OFFICE: 770-277-1400
FAX: 866-207-2300
www.ploegandbrown.com

--- CONFIDENTIAL COMMUNICATION ---

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender by return electronic mail and delete all copies of this communication. Thank you.

---

**From:** john@ploegandbrown.com <john@ploegandbrown.com>
**Sent:** Wednesday, February 7, 2024 12:27 PM
**To:** 'Brian Dion' <bdion@leelanau.gov>
**Subject:** RE: Fraud 2307195

Hello,

Per your request, please see the screen shots from our brokerage account showing Jenkins account information, payments that were wired, waivers from Jenkins, and the construction agreement showing the payment schedule.

Jenkins did not provide a partial waiver for the last couple of payments but the total that was wired to him was $793,561.37.

LAKE ANN BRANCH
19688 MAPLE ST.
(231) 275-7777

2/07/24

B AND Z WELL DRILLING CO
OPERATIONS
233 E KASSON RD
MAPLE CITY MI 49664-9754

NOTICE OF RETURNED DEPOSITED ITEMS

THE DEPOSITED ITEMS LISTED WERE RETURNED TO US AND DEBITED TO YOUR ACCOUNT LISTED BELOW.

ACCOUNT: [redacted]

| PAYOR | RETURN REASON | AMOUNT |
|---|---|---|
| JENKINS ESTATES | INSUFFICIENT FUNDS | 6,800.00 |

TOTAL ITEMS CHARGED BACK TO YOUR ACCOUNT: 6,800.00
PLEASE DEDUCT A HANDLING CHARGE OF: 10.00

THANK YOU FOR BANKING WITH HONOR BANK.

*072406865*
02/06/2024
8796736300000072

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

Return Reason-A
NOT SUFFICIENT FUNDS

DO NOT PRESENT AGAIN,
HONOR BANK
Honor, Michigan 49640

NSF

[072406865] 02/02/2024
8799095541000004

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 13 SECURITY FEATURES

Jenkins Estates, LTD
400 76th St SW, Suite 14
Byron Center, MI 49315

JPMorgan Chase, N.A.

000461

DATE Dec 26, 2023

PAY TO THE ORDER OF B&Z Well Drilling

$ 6,800.00

Six thousand eight hundred and 00/100 DOLLARS

MEMO 2495 S Cherry Tree Ln