


**john@ploegandbrown.com**

| | |
|---|---|
| **From:** | john@ploegandbrown.com |
| **Sent:** | Friday, February 2, 2024 6:10 PM |
| **To:** | hatchd@butzel.com |
| **Subject:** | FW: Ploeg Window Project |
| **Attachments:** | Bavongkhoun Lien.pdf |

I had just sent you more recent conversations with David, I have many more going back months but I thought to stick to the current issues so we can try and focus on a resolution.

Now I will send you all the communication I have had with subcontractors and material suppliers that have not been paid on our project and other projects that managed by David.

Though some of these communications may not be relevant to our project, this does show a pattern of David accepting funds for projects, then not paying the labor and materials, leaving homeowners dealing with liens and or calls and letters from subs.

My MAJOR concern is that David does not have the funds to complete this project based on the lawsuits filed against David in the 17th Circuit Court in the last few months. I have no issue having him continue under agreed upon terms, (such as using a third party to manage the funds and issue payments since we don't have a bank to do this), however, until David can prove that our funds are still in trust then how can we trust him to finish the job? Please bear-in-mind that we tried three times now to work with David with no success. All the delays have always been around payment of work on the project.

I believe that asking for assurances when learning that a party to a contract may be insolvent is not unreasonable.

My hope is that you can bring a sanity to this project by determining if the funds paid to David are still in his account and then possibly working though a path forward. This was supposed to be our dream home but the dream has turned into a nightmare....

Attached is a lien filed against the home of Danny and Chai Bavongkhoun in Holland, MI. They will send me more letters from subcontractors they received where Jenkins did not pay them.

Same situation as us. They actually referred David to us.

Johannes Ploeg
1838 Old Norcross Road
SUITE 200
LAWRENCEVILLE, GA 30044
OFFICE: 770-277-1400
FAX: 866-207-2300
www.ploegandbrown.com

--- CONFIDENTIAL COMMUNICATION ---

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the

confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender by return electronic mail and delete all copies of this communication. Thank you.

**john@ploegandbrown.com**

**From:** john@ploegandbrown.com
**Sent:** Friday, February 2, 2024 6:13 PM
**To:** hatchd@butzel.com
**Subject:** Beaver Island Lawsuit
**Attachments:** All Things Construction LLC Complaint_MBTFA Violation.JPG; All Things Construction LLC Complaint.JPG; Text Screen shots Beaver Island Project_04.JPG; Text Screen shots Beaver Island Project_03.JPG; Text Screen shots Beaver Island Project_02.JPG; Text Screen shots Beaver Island Project_01.JPG

Please see attached.

David Jenkins is currently working as the general contractor on a Project on Beaver Island. Please see the attached lawsuit and texts from the Plaintiff to Jenkins, where Jenkins promises to wire money for payment to the subcontractor but never does as evidenced by the lawsuit.

Johannes Ploeg
1838 Old Norcross Road
SUITE 200
LAWRENCEVILLE, GA 30044
OFFICE: 770-277-1400
FAX: 866-207-2300
www.ploegandbrown.com

--- CONFIDENTIAL COMMUNICATION ---

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender by return electronic mail and delete all copies of this communication. Thank you.

**john@ploegandbrown.com**

**From:** john@ploegandbrown.com
**Sent:** Friday, February 2, 2024 6:11 PM
**To:** hatchd@butzel.com
**Subject:** FW: Ploeg Window Project

See below

---

**From:** john@ploegandbrown.com <john@ploegandbrown.com>
**Sent:** Wednesday, January 31, 2024 8:35 AM
**To:** 'Scott Robinson' <srobinson@leelanau.gov>
**Subject:** FW: Ploeg Window Project

Good Morning,

Please see below. This is from the window company that Mr. Jenkins promised to send payment to weeks ago but they never received the payment.

Would you please let me know that you are receiving the emails that I have been sending? I know you must be very busy with the work you do but I just want to be sure my emails are not going into your spam box.

Thanks!

Johannes Ploeg
1838 Old Norcross Road
SUITE 200
LAWRENCEVILLE, GA 30044
OFFICE: 770-277-1400
FAX: 866-207-2300
www.ploegandbrown.com

--- CONFIDENTIAL COMMUNICATION ---

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender by return electronic mail and delete all copies of this communication. Thank you.

---

**From:** Jordan Crater <jordanc@omw.tc>
**Sent:** Wednesday, January 31, 2024 8:31 AM
**To:** David Jenkins <david@jenkinsestates.com>
**Subject:** Re: Ploeg Window Project

Good morning David,

Hope you are doing well and having a good week. Wanted to touch base with you on the deposit discussed for the "Ploeg" project. Did you ever have the chance to send that out?

Talk soon

Jordan Crater

Project Manager

Office (231) 947-2120

Cell (231) 409-2115




---

**From:** David Jenkins <david@jenkinsestates.com>
**Sent:** Friday, January 12, 2024 12:21 PM
**To:** Jordan Crater <jordanc@omw.tc>
**Subject:** Re: Ploeg Window Project

You don't often get email from david@jenkinsestates.com. Learn why this is important

Great, thank you!

**john@ploegandbrown.com**

| | |
|---|---|
| **From:** | john@ploegandbrown.com |
| **Sent:** | Tuesday, February 13, 2024 8:11 PM |
| **To:** | 'Hatch, Daniel' |
| **Cc:** | 'Hien Dao Ploeg' |
| **Subject:** | RE: Roofing |

Good Evening Daniel,

Just checking to see if we should make time to meet you on Thursday in Grand Rapids. We will be in the area around noon time.

On another note, we are trying to get a loan to finish the home as we don't have enough cash after paying David most our money. The issue is that it is hard to get a construction loan when the home is past framing. But I might have a bank willing to loan money provided that the liens are removed from the home. As you know we have two liens totaling over $130,000.00 to date. We need these liens taken off the home. Maybe David can bond them off?

Anyway, we should never have had to seek funding, but for, this situation caused by David so I hope you know that we will be asking the court for consequential and incidental damages.

I will await your response.

Thanks

Johannes Ploeg
1838 Old Norcross Road
SUITE 200
LAWRENCEVILLE, GA 30044
OFFICE: 770-277-1400
FAX: 866-207-2300
www.ploegandbrown.com

--- CONFIDENTIAL COMMUNICATION ---

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender by return electronic mail and delete all copies of this communication. Thank you.

---

**From:** john@ploegandbrown.com <john@ploegandbrown.com>
**Sent:** Monday, February 12, 2024 6:48 PM
**To:** 'Hatch, Daniel' <hatchd@butzel.com>
**Cc:** 'Hien Dao Ploeg' <hien@ploegandbrown.com>
**Subject:** FW: Roofing

Good Evening, Daniel,

**john@ploegandbrown.com**

**From:** john@ploegandbrown.com
**Sent:** Monday, February 26, 2024 11:42 AM
**To:** 'Hatch, Daniel'
**Cc:** 'Hien Dao Ploeg'
**Subject:** RE: Well Deposit
**Attachments:** loonroofingconstructionllc_invoice_26.pdf

Good Morning Daniel,

Please find attached the final invoice for the roof. David had agreed to pay this invoice.

Also, what is the status of the down payment of the well? Reimbursement for payment of $40k to Trubuilt?

Thanks

Johannes Ploeg
1838 Old Norcross Road
SUITE 200
LAWRENCEVILLE, GA 30044
OFFICE: 770-277-1400
FAX: 866-207-2300
www.ploegandbrown.com

--- CONFIDENTIAL COMMUNICATION ---

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender by return electronic mail and delete all copies of this communication. Thank you.

---

**From:** john@ploegandbrown.com <john@ploegandbrown.com>
**Sent:** Wednesday, February 14, 2024 9:32 AM
**To:** 'Hatch, Daniel' <hatchd@butzel.com>
**Cc:** 'Hien Dao Ploeg' <hien@ploegandbrown.com>
**Subject:** Well Deposit

Good Morning Daniel,

More bad news for us.

This morning, we got a call from B & Z Well Drilling that David wrote them a check that bounced. See attached notice.

The amount was $6,800.00 for the downpayment on the well.

We paid David $10,860.00 down payment for the well.

Apparently, these funds were not available in his trust account as the check was returned for insufficient funds.

We now have to give them a check today. Please have David reimburse us ASAP.

Thank you

Johannes Ploeg
1838 Old Norcross Road
SUITE 200
LAWRENCEVILLE, GA 30044
OFFICE: 770-277-1400
FAX: 866-207-2300
www.ploegandbrown.com

--- CONFIDENTIAL COMMUNICATION ---

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender by return electronic mail and delete all copies of this communication. Thank you.

---

**From:** john@ploegandbrown.com <john@ploegandbrown.com>
**Sent:** Tuesday, February 13, 2024 8:24 PM
**To:** 'Hatch, Daniel' <hatchd@butzel.com>
**Cc:** 'Hien Dao Ploeg' <hien@ploegandbrown.com>; 'Schoonmaker, Gabrielle' <schoonmaker@butzel.com>
**Subject:** RE: [EXTERNAL] RE: Roofing

Hello,

Yes we can make it at 3:00 p.m

This address?

300 Ottawa Ave. NW, Suite 620 | Grand Rapids, MI 49503

Johannes Ploeg
1838 Old Norcross Road
SUITE 200
LAWRENCEVILLE, GA 30044
OFFICE: 770-277-1400
FAX: 866-207-2300
www.ploegandbrown.com

--- CONFIDENTIAL COMMUNICATION ---

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the

sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender by return electronic mail and delete all copies of this communication. Thank you.

---

**From:** Hatch, Daniel <hatchd@butzel.com>
**Sent:** Tuesday, February 13, 2024 8:22 PM
**To:** john@ploegandbrown.com
**Cc:** 'Hien Dao Ploeg' <hien@ploegandbrown.com>; Schoonmaker, Gabrielle <schoonmaker@butzel.com>
**Subject:** RE: [EXTERNAL] RE: Roofing

Hi John

I can meet with you and Hien at my office on Thursday at 3:00 p.m. Please confirm that time works for you.

**Daniel Hatch**
*Shareholder*
**hatchd@butzel.com**

**Direct: (616) 752-7224 | Mobile: (616) 250-1307**




Main: 616.988.5600 | Fax: 616.988.5606
300 Ottawa Ave. NW, Suite 620 | Grand Rapids, MI 49503




---

**From:** john@ploegandbrown.com <john@ploegandbrown.com>
**Sent:** Tuesday, February 13, 2024 8:11 PM
**To:** Hatch, Daniel <hatchd@butzel.com>
**Cc:** 'Hien Dao Ploeg' <hien@ploegandbrown.com>
**Subject:** [EXTERNAL] RE: Roofing

Good Evening Daniel,

Just checking to see if we should make time to meet you on Thursday in Grand Rapids. We will be in the area around noon time.

On another note, we are trying to get a loan to finish the home as we don't have enough cash after paying David most our money. The issue is that it is hard to get a construction loan when the home is past framing. But I might have a bank willing to loan money provided that the liens are removed from the home. As you know we have two liens totaling over $130,000.00 to date. We need these liens taken off the home. Maybe David can bond them off?

Anyway, we should never have had to seek funding, but for, this situation caused by David so I hope you know that we will be asking the court for consequential and incidental damages.

I will await your response.