Filed by Corporations Division Administrator   Filing Number: 224764271050   Date: 01/29/2024



**EXHIBIT 8**

# LARA Corporations Online Filing System
## Department of Licensing and Regulatory Affairs

Form Revision Date 07/2016

## CERTIFICATE OF ASSUMED NAME
### For use by DOMESTIC LIMITED LIABILITY COMPANY

Pursuant to the provisions of Act 23, Public Acts of 1993, the undersigned execute the following Certificate:

1. The identification number assigned by the Bureau is: **803084101**

2. The name of the limited liability company is: **MI BIZFUNDINGFINDER LLC**

3. The assumed name under which business is to be transacted is:
   **GREENSTAR CAPITAL FUNDING LLC**

This document must be signed by an authorized officer or agent (corporations); a member, manager, or an authorized agent (limited liability companies); or general partner (limited partnerships):

Signed this 24th Day of January, 2024 by:

| Signature | Title | Title if "Other" was selected |
|---|---|---|
| David Jenkins | Member | |

By selecting ACCEPT, I hereby acknowledge that this electronic document is being signed in accordance with the Act. I further certify that to the best of my knowledge the information provided is true, accurate, and in compliance with the Act.

○ Decline   ● Accept

Filed by Corporations Division Administrator   Filing Number: 224764271050   Date: 01/29/2024

# MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS

## FILING ENDORSEMENT

This is to Certify that the   CERTIFICATE OF ASSUMED NAME

for

MI BIZFUNDINGFINDER LLC

ID Number:   803084101

to transact business under the assumed name of
GREENSTAR CAPITAL FUNDING LLC

received by electronic transmission on   January 24, 2024   , is hereby endorsed.

Filed on   January 29, 2024   , by the Administrator.

The document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.

Expiration Date: December 31, 2029



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department, in the City of Lansing, this 29th day of January, 2024.

Linda Clegg

Linda Clegg, Director
Corporations, Securities & Commercial Licensing Bureau

Print at: Thursday, March 21, 2024 9:26:17 AM
Host: DESKTOP-U6Q0UQJ
User: mitch



📞 888-505-1320   ✉ info@greenstarcf.com                                🕒 Monday – Friday 9:00 am to 5:00 pm ET

   | Home | Services | Industries | Business Types |      Apply Now

# Fast Funding for Small Businesses

Greenstar Capital Funding is committed to supporting the growth of your small or mid-sized company by offering simple, fast funding for your venture in as little as one business day. We offer alternative business funding in all industries across the US and Canada, starting at just $3,000. Our maximum loan amount is $10,000,000.

Find Your Funding

## Merchant Cash Advances

In addition to working capital, you will get a portion of your credit card sales on a daily or weekly basis until the terms of the advance are fulfilled.

Find out more

In

We
yo
rec
ren
ou

Fir

# No Credit? No Problem!

Whether you have good credit, bad credit or no credit at all, we offer alternative financing options based solely on the performance of your business.

Conventional business loans usually require high credit scores, large down payments, lengthy loan applications, and complicated terms. We provide a simple, straightforward, and quick application process.

  No Fixed Monthly Payments

  90% Approval Rate For Qualified Applicants

  Access More Funds After 90 Days

📞 888-505-1320     ✉ info@greenstarcf.com                    🕒 Monday – Friday 9:00 am to 5:00 pm ET



| Home | Services | Industries | Business Types |     Apply Now



Our goal at Greenstar Capital Funding is to assist small and mid-sized companies in expanding without the hassle of submitting an application to a typical lender for small business funding. We can approve more small business funding than traditional lenders, frequently in as little as one business day, thanks to a simplified online application, quicker turnaround, and approvals based on your company's potential rather than just your credit score.

Get the money you need for your small business in as little as 24 hours by submitting an online application. During regular business hours, our Funding Advisors will get back to you in an hour to assist you in selecting the best small business finance solution and to address any queries you may have.

Greenstar Capital Funding offers a range of small business funding alternatives to fit your company, with investment ranging from $3,000 to $10,000,000. These choices include:

- ✓ Merchant cash advance
- ✓ Factoring invoices
- ✓ Lines of credit
- ✓ SBA and business loans with collateral
- ✓ Alternative small business loans

## What clients say about Greenstar Capital Funding

**Heather S.**

Largo, FL

"I had a phenomenal experience with GCF. They got me multiple offers and helped me choose the best option. I was funded in less than 24 hours with no hassles, minimal paperwork, and no upfront fees. They delivered on every promise and I will be happy to use their services again."

5.0  ★★★★★

📞 888-505-1320   ✉ info@greenstarcf.com                              🕒 Monday – Friday 9:00 am to 5:00 pm ET



| Home | Services | Industries | Business Types |   Apply Now |

# We fund businesses in most industries

See all Industries ⤴



**ATTORNEY**          **RESTAURANTS**          CC

### About Greenstar Capital Funding

Greenstar Capital Funding is committed to supporting the growth of your small or mid-sized company by offering simple, rapid finance for your venture in as little as one business day. We offer alternative business funding in all industries across the US and Canada, starting at just $3,000. Our maximum loan amount is $10,000,000.

### Services

**Merchant Cash Advances**

**Small Business Loans**

**Collateral Loans**

**Business Line of Credit**

### Industries We Fund

**Medical Practices**

**Dental Practices**

**Law Practices**

**Restaurants**

**Retailers**

All Industries...

### Who We Serve

**Small Businesses**

**Women Businesses**

**Minority Businesses**

**Veteran Businesses**

**Low Credit**

1451 Lake Dr SE, Suite 68231
Grand Rapids, MI 49516

888-505-1320 | info@greenstarcf.com          Monday – Friday 9:00 am to 5:00 pm ET

Copyright © 2024 Greenstar Capital Funding. All rights reserved. | Terms & Conditions - Privacy Policy