

**East Grand Rapids Neighbors**
Mei Huang · 1h ·

David. By then, we quickly found out they were not the only ones not getting paid. None of our subcontractors got paid, including the lumber yard. He didn't even order our windows or doors, which we paid for at the beginning of December.

While we were questioning him about the subcontractors and progress issues, he still insisted that we pay another 18%, bringing our payment up to 90% of the whole project, even though less than 40% was completed. We requested proof of payment for the subcontractors and materials, and he began fabricating evidence. Shockingly, he even stole our signature from BuilderTrend (an app he used for project management) to extend the project deadline without seeking our consent.

We stood firm in our decision not to pay until he settled payments with all subcontractors and aligned the project progress with our payments. In response, he halted the work and issued us a notice of default. With the assistance of a friend, we sent him a letter demanding a cure for breach to address the issues. Currently, we just got a roofer and are trying to get our house dry in ASAP next week, and we will see what to do next from there. It's just really sad to see how much this awful person has messed things up for folks who are just trying to work hard and make a home.

Despite facing lawsuits involving million-dollar houses from homeowners, and with more individuals likely to join the legal action, he continues to delete Google reviews and even change his company's name to get people trapped.

P.S., He is an East Grand Rapids resident. Additionally, we've heard unconfirmed reports of four families suing him in East Grand Rapids before. Just be cautious in this situation if you are going to hire contractors.

Like   Comment   Send

Rules

Write a comment...

# Jenkins Estates



★☆☆☆☆ 1.0 (1 review)

Unclaimed ⓘ · Interior Design, Cabinetry, General Contract

Closed 8:00 AM - 4:00 PM   See hours

[☆ Write a review]   [📷 Add photo]   [↑ Share]

## Photos & videos

### Madison J.
Grand Rapids, MI
📷 0  ★ 1



☆☆☆☆☆  Feb 9, 2024

① First to Review



They owe contracted workers money -- Beware. Do not hire this c( for homeowners and contracted employees.

Also, one of his employees drove by the building site and the neighbor had a talk with them. They told the neighbor that Jenkins has six home projects around the Sutton Bay area and they are aware that Jenkins will most likely do to them what he did to us.

We have to stop this guy from ruining more lives........

Johannes Ploeg
1838 Old Norcross Road
SUITE 200
LAWRENCEVILLE, GA 30044
OFFICE: 770-277-1400
FAX: 866-207-2300
www.ploegandbrown.com

2

This was posted by another family in East Grand Rapids.   Jenkins found another victim.



Here is the rest of the post: