**EXHIBIT 10**

Print at: Thursday, March 21, 2024 9:05:02 AM
    Host: DESKTOP-U6Q0UQJ
    User: mitch

# 17th Circuit Court Name Search

+ New Case Search    ☑ Modify Case Search                    ☐→ Account Login

## Case Search Results

4 items found, displaying all items.1

| Last ⇕ | First ⇕ | Year of Birth ⇕ | Party Type ⇕ | Case Number ⇕ | Case Type ⇕ |
|---|---|---|---|---|---|
| JENKINS ESTATES LTD | | | DEFENDANT | 23-03468-CBB | BUSINESS CLAIMS |
| JENKINS ESTATES LTD | | | DEFENDANT | 23-11586-CH | HOUSING AND REAL ESTATE |
| JENKINS ESTATES LTD | | | DEFENDANT | 24-01809-CBB | BUSINESS CLAIMS |
| JENKINS ESTATES LTD | | | DEFENDANT | 24-02214-CZ | GENERAL CIVIL |