**john@ploegandbrown.com**

**From:** Mei Huang <hyomea@gmail.com>
**Sent:** Wednesday, February 14, 2024 3:03 PM
**To:** john@ploegandbrown.com
**Cc:** A Gua
**Subject:** Another Jenkins' victim

Hi John,

This is Mei Huang from East Grand Rapids. Thank you for picking up my call and sharing information with me. I am very sorry for what happened to you. That's a huge loss. I can't even imagine that!
Our project was supposed to be completed before Christmas and we already paid around 75% before the new year, but currently haven't got the truss on and dry in.  He is pulling out the workers from our project and gave us a notice of default trying to get us to pay the left for the work that has not even started. None of our subcontractors or the lumber yard got paid, and I doubt his workers would get paid this week.
If there is anything we can do against this evil, please let us know!
(I also forward this email to my husband Alex Zhong)
Good luck to all of us!
Mei & Alex
Mei: 916-9006831
Alex: 616-4066086

1