

EXHIBIT 12

# BERNARD SCHAEFER
ATTORNEY AND COUNSELOR
Waters Center - 161 Ottawa NW, Suite 212, Grand Rapids, MI 49503

Phone: (616) 272-4361     attorney@BernardSchaefer.com     Fax: (616) 272-4414

February 28, 2024

**VIA FACSIMILE & US MAIL**
*313-456-0243*

Dana Nessel, Michigan Attorney General
G. Mennen Williams Building
525 W. Ottawa Street
P.O. Box 30212
Lansing, MI 48909

**RE:  David Jenkins – Repeated Violation of the Builders Trust Fund Act and Conversion in Multiple Counties**

Dear Attorney General:

Yesterday, I spoke with an individual from Georgia, Johannes Ploeg, who had paid David Jenkins ("Jenkins") to build a home for him in Suttons Bay, Michigan, but the project stopped because Jenkins did not pay the subcontractors even though Mr. Ploeg paid Jenkins.

I represent Stephon Blackwell, a painter in Kent County, Michigan, who has filed a lawsuit against Jenkins in the 17th Circuit Court in Kent County, where Jenkins resides. Jenkins did not pay my client, a subcontractor, for a home that he painted in Holland, Michigan, which is owned by Chai Bavongkhoun and Danny Bavongkhoun. I understand from Mr. Ploeg that there are at least six other instances where Jenkins has violated the Builders Trust Fund Act and converted subcontractor payments to his own use.

We would all greatly appreciate it if you could have someone investigate this matter. I understand that the Leelanau County authorities may also investigating Jenkins, however, with Jenkins allegedly violating the Builders Trust Fund Act in multiple counties, it may be more appropriate for the Attorney General's Office to prosecute.

Please contact me at your earliest convenience to discuss this matter. Thank you.

Sincerely,

Bernard Schaefer
BCS/nmb
cc:   Stephon Blackwell
      Johannes Ploeg (via email)
      Chai Bavongkhoun and Danny Bavongkhoun (via email)