

> Hello Hien. My name is Lan Free. David Jenkins company is working on my house in Traverse City. We have a lot of issues as many homeowners are. I am hoping to talk to you but wanted to text you first since you would not recognize my number. I am in TC and if you are in town I would love to meet. Thank you!

Fri, Mar 1 at 8:38 AM





**Hi Hien. I sent you an email about the other homeowners. Can you call me when you have time to discuss that before you go to investigators. I know you are busy with house hunting.**

Sun, Mar 3 at 9:40 AM

Good Morning, please us back. Thanks

Mon, Mar 4 at 5:58 PM

Oh so you mean the spreadsheet email. There was no attachment to that, I was asking you if the sworn statement he wanted to notarize and send to us would even mean anything or if he's just making more stuff up.

I just called Jodie to ask about Feb 1-4 and she will look into it. She said that he changed all their work emails.

Tue, Mar 5 at 6:38 PM





Wed, Mar 6 at 7:43 PM



Hi there. Hope you are doing ok today. Just thinking about you. I'm glad we got some of our meetings out of the way this week and can move forward. 😊

👍
Henry just called us, we are sending info to him. We have a zoom meeting Tuesday. Want to hike tomorrow or Sunday?

I was telling my husband about everything you guys have been through. I just really admire you and