**EXHIBIT 14**

10:33

**CM**
Chuck

Mon, Mar 11 at 9:10 AM

Good Morning, the detective is going to call you.

Mon, Mar 11 at 5:44 PM

TC detective called Jodie, but not me. She has more knowledge regarding your case than mine down here in East Grand Rapids, I do believe he reached out to the The detective down here.

What should I recognize this # as?

Tue, Mar 12 at 8:54 AM

Mitch Ploeg
Read

Thu, Mar 14 at 6:10 PM

Good evening, all of us are receiving calls from detectives, Chris Bauma is filling this week with KCS department. Did you happen to have an opportunity to Zoom with Henry Erb Wood TV 8? Looking like they [REDACTED] happens. Enjoy your dinner and evening, I truly tried to stop this 14 months ago, but fell on deaf ears.

Text Message



**Chuck**

Text Message
Wed, Mar 6 at 8:22 PM

> Good evening, Chuck Mcclintic here. Jodie gave me your number, reaching out so you have my contact info.

> Henry Erb Wood TV 8 in the Grand Rapids market will reach out to you tomorrow I believe, here is his

> [Name] Henry Erb Wood Cell
> [Mobile] (616) 262-0222

> [Name] Henry Erb Wood TV
> [Mobile] +1 616-771-9627

> Henry.erb@woodtv8.com

> Mcclinticchuck@yahoo.com

> My email

> Sadly, tried to stop this last November, but was unsuccessful.

