john@ploegandbrown.com

**From:** Mark Lindner <mlindner@eastgr.org>
**Sent:** Monday, March 11, 2024 1:56 PM
**To:** john@ploegandbrown.com
**Subject:** RE: Fraud 2307195
**Attachments:** Det_ Sgt_ Mark Lindner.vcf

Hi Mr. Ploeg:

Thank you for the information. I have been in contact with the IRS Agent, the Leelanau County Detective, and others.



**Det. Sgt. Mark Lindner**
Department of Public Safety

(616) 949-7010 ext. 825 Work
mlindner@eastgr.org

770 Lakeside Dr. SE
East Grand Rapids, MI 49506
www.eastgr.org

**From:** john@ploegandbrown.com <john@ploegandbrown.com>
**Sent:** Monday, March 11, 2024 8:05 AM
**To:** Mark Lindner <mlindner@eastgr.org>
**Subject:** FW: Fraud 2307195

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Morning,

Please find below some updates regarding David Jenkins.

1

Jenkins has started up again under "Jenkins Edmund" and is signing contracts under "Wellsbury Capital Corporation". Below are three more "victims"

money. This contract was under Wellsbury Capital Corp.

1. Mike Penland and Karen Rister.
PenlandMike@aol.com
380 Summit Ave. Northeast, Rockford, MI 49341

Jenkins tried to put this project on Jodie's builders license on Wednesday Feb. 28 and she said no. The Ormson's have their own architect and drawings for a new build. Contract is under Wellsbury Capital Corp.

2. Larry and Linda Ormson.
4500 6 Mile Road, Northwest Marne, MI 49435.

There is another "victim" that contacted us and told us that Jenkins is remodeling their home in Leelanau County. They paid him 88% of the project, he completed 30% of the work, did not pay the subcontractors, who placed liens on the home and has told the home owners to pay in full or else he will sue them.

3. Lan Free
513-503-0672

We told her to file a police report.

He just keeps doing this. Also, I checked public records and see that he has took out mortgages on his property to leverage them, he has stopped paying rent on his business location, and stopped paying his employees for the last four weeks. Jenkins rented a home in Traverse City for his employees to stay while they worked on our home but we just found out that Jenkins has not paid the rent on the home and is getting evicted. on the eviction.

Chuck McClintic told us he went to Spain for 17 days last February and he is getting his home ready to sell. He and Jodie estimates that Jenkins took in over          cash and did not pay out to subs over the last two years. The fact that he is also leveraging his properties for cash c

I really hope you are able to stop this guy soon.

Johannes Ploeg
1838 Old Norcross Road
SUITE 200
LAWRENCEVILLE, GA 30044
OFFICE: 770-277-1400
FAX: 866-207-2300
www.ploegandbrown.com

--- CONFIDENTIAL COMMUNICATION ---

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender by return electronic mail and delete all copies of this communication. Thank you.

john@ploegandbrown.com

**From:** Lan <lan_free@yahoo.com>
**Sent:** Saturday, March 2, 2024 11:59 AM
**To:** Hien Ploeg; john@ploegandbrown.com
**Subject:** 2 other homeowners

Hi Hien,

I got more info ▓▓▓▓ about a couple of homeowners who signed a contract.

1. Mike Penland and Karen Rister. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
money. This contract was under Wellsbury Capital Corp.
PenlandMike@aol.com
380 Summit Ave. Northeast, Rockford, MI 49341

2. Larry and Linda Ormson. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Contract is
under Wellsbury Capital Corp. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
4500 6 Mile Road, Northwest Marne, MI 49435.

Hoping you can let police investigators know about this.

Thanks again for everything!
Lan


Sent from my iPad