john@ploegandbrown.com

**From:** Carter Gent <Carter.Gent@woodtv.com>
**Sent:** Tuesday, March 12, 2024 10:50 AM
**To:** john@ploegandbrown.com
**Subject:** zoom invite Henry Erb

WOOD TV8 is inviting you to a scheduled Zoom meeting.

Topic: WOOD TV8's Zoom Meeting
Time: Mar 12, 2024 11:00 AM Eastern Time (US and Canada)

Join Zoom Meeting
https://us04web.zoom.us/j/79314323806?pwd=dPxwA8wbd0cGUKwAZUP22s6TUIvu8W.1

Meeting ID: 793 1432 3806
Passcode: 5pm4JX


*Carter Gent*
*Special Projects Producer*
*WOOD-TV/WOTV/WXSP*
*120 College Ave. SE*
*Grand Rapids, MI 49503*
*616-771-9685 Office*
*269-762-9335 Cell*
*616-456-5755 Fax*

*carter.gent@woodtv.com*
*www.woodtv.com*

WOOD/WOTV/WXSP does not discriminate in advertising contracts on the basis of race, ethnicity or gender and further requires that in the performance of all WOOD/WOTV/WXSP advertising agreements, WOOD/WOTV/WXSP requires that each party not discriminate on the basis of race or ethnicity.

This email and any files transmitted with it are the property of Nexstar Media Inc., are confidential, and are intended solely for the use of the individual or entity to whom this email is addressed and/or as indicated in the applicable file. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.