**john@ploegandbrown.com**

**From:** john@ploegandbrown.com
**Sent:** Tuesday, March 19, 2024 7:52 AM
**To:** 'Brian Dion'
**Subject:** FW: Another Jenkins' victim

Good Morning,

See the email below from Mei Huang.

It seems that a subcontractor placed a lien on one of Jenkins homes because he was not paid. However, Jenkins is alleging that Juan did not work on his home so placing a lien on his home would fraudulently cloud the title. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ Zillow shows a sale is pending.

< Back to search



Johannes Ploeg
1838 Old Norcross Road
SUITE 200
LAWRENCEVILLE, GA 30044
OFFICE: 770-277-1400
FAX: 866-207-2300
www.ploegandbrown.com

1

--- CONFIDENTIAL COMMUNICATION ---

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender by return electronic mail and delete all copies of this communication. Thank you.

**From:** Mei Huang <hyomea@gmail.com>
**Sent:** Monday, March 18, 2024 4:19 PM
**To:** john@ploegandbrown.com
**Subject:** Re: Another Jenkins' victim

Hi Mr. Ploeg,

David threaten this subcontractor, Juan to remove the lien today. Juan doesn't want to get into the law suit trouble so he is asking us. I would like to hear your advice. Seems this house is already on pending sales. If Juan removes the lien it will be sold. Attached is what David just sent to Juan.



need to settle this on court???

2:16 PM

I see you placed a lien on 1124 Hamilton Ave. As you know, you cannot place a lien on a property you did not do work on. Are you going to discharge the lien and file on the intended property, or do we need to sue you for Slander of



4

On Mon, Mar 18, 2024 at 3:54 PM Mei Huang <hyomea@gmail.com> wrote:

> Hi Mr.Ploeg,
> Do you know if David owns this house: 1124 hamilton ave? One of the subcontractors placed a lien on this house, and David threatened him, stating that he must remove it ASAP, or else he will sue him. Sounds like he is trying to sell it?

On Sun, Mar 10, 2024 at 5:18 PM Mei Huang <hyomea@gmail.com> wrote:

> Thank you for the information. He really needs to be taken down ASAP.
> We are not hiring any attorney against him yet because of the current financial situation. Some subcontractors have already put liens on our house. I tried to call Emily last week but she was on vacation. Just send her an email and I will see what to do from there.

On Sun, Mar 10, 2024 at 5:04 PM <john@ploegandbrown.com> wrote:

> Yes it is a sad situation.
>
> Here is what I know so far.
>
> He is getting evicted from his building for not paying rent, his employees quit because they have not been paid in a month, the [REDACTED] he has about five civil actions filed against him, and he is being featured on Channel 9 News as a "shady contractor." [REDACTED]
>
> Johannes Ploeg
>
> 1838 Old Norcross Road
>
> SUITE 200
>
> LAWRENCEVILLE, GA 30044
>
> OFFICE: 770-277-1400
>
> FAX: 866-207-2300
>
> www.ploegandbrown.com
>
> --- CONFIDENTIAL COMMUNICATION ---