**john@ploegandbrown.com**

**From:** Tristan Chamberlain <tchamberlain@leelanau.gov>
**Sent:** Tuesday, March 19, 2024 9:13 AM
**To:** john@ploegandbrown.com
**Cc:** Joe Hubbell
**Subject:** RE: Fraud 2307195

Hi Mr. Ploeg,

Thank you for the information. ███████████████████████████████████████
████████████████████████████████████████████████████████████████

Tristan

**From:** john@ploegandbrown.com <john@ploegandbrown.com>
**Sent:** Monday, March 18, 2024 7:49 PM
**To:** Brian Dion <bdion@leelanau.gov>; Tristan Chamberlain <tchamberlain@leelanau.gov>
**Cc:** 'Hien Dao Ploeg' <hien@ploegandbrown.com>
**Subject:** RE: Fraud 2307195

Good Evening,

Mei Huong reached out to us to let us know that Jenkins has listed his property for sale and there is an offer pending. She believes that Jenkins is ███████████████████████████████████████ He is getting evicted from his business office/warehouse, stopped paying his employees for over a month (who all quit), and is selling his properties.

███████████████████████████████████████

Johannes Ploeg
1838 Old Norcross Road
SUITE 200
LAWRENCEVILLE, GA 30044
OFFICE: 770-277-1400
FAX: 866-207-2300
www.ploegandbrown.com

--- CONFIDENTIAL COMMUNICATION ---

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender by return electronic mail and delete all copies of this communication. Thank you.